Dismissed and Memorandum Opinion filed November 19, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00464-CV

____________

 

LOREN TRUMAN JOHNSTON, III, Appellant

 

V.

 

LOU ANN (JOHNSTON) ROBERTSON, Appellee

 



On Appeal from the
246th District Court

Harris County,
Texas

Trial Court Cause
No. 2007-63248



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed April 20, 2009.  On November 2, 2009, the
parties filed an agreed motion to dismiss the appeal because all issues have
been settled.  See Tex. R. App.
P. 42.1.  The motion is granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Justices Yates, Frost, and Brown.